

# THE THIRTEENTH COURT OF APPEALS

13-16-00370-CV

Jeffrey Peace and Caroline Peace
v.
ITCOA, LLC d/b/a Independence Title Company; Mona McMahan; and Wm. Brian McMahan, P.C.

On Appeal from the
261st District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-003985

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, Jeffrey Peace and Caroline Peace.

We further order this decision certified below for observance.

October 18, 2018